Craig A. Crispin, OSB No. 824852
crispin@employmentlaw-nw.com
CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Telefax:  503-293-5766
    Of Attorneys for Plaintiff

CHRISTIE S. TOTTEN, OSB #085890
christietotten@dwt.com
WM. BRENT HAMILTON, JR., OSB #133778
brenthamilton@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
    Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TYWAN RECHELLE BROWN,** an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>**ABHE & SVBODA, INC.**, et al.,<br><br>    Defendants. | **CIVIL NO:** 3:17-cv-1028-BR<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Tywan Brown and Defendants Abhe &

Svboda, Inc. and Joseph Wagner, by and through their undersigned attorneys, hereby notify this

Page 1 - STIPULATED NOTICE OF VOLUNTARY DISMISSAL
       WITH PREJUDICE

CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766

Court that this action has been settled and stipulate to a judgment of dismissal of this case, and all claims and counterclaims, with prejudice, and without costs or attorney fees to any party.

Dated May 14, 2018.

IT IS SO STIPULATED:

DAVIS WRIGHT TREMAINE LLP

By   s/ Christie S. Totten [signature authorized]
    Christie S. Totten, OSB #085890
    christietotten@dwt.com
    Wm. Brent Hamilton, Jr., OSB #133778
    brenthamilton@dwt.com
    Telephone: (503) 241-2300
    Facsimile: (503) 778-5299
    Attorneys for Defendants

CRISPIN EMPLOYMENT LAW PC

By   s/ Craig A. Crispin
    Craig A. Crispin OSB 824852
    crispin@employmentlaw-nw.com
    Telephone: 503-293-5759
    Facsimile: 503-293-5766
    Of Attorneys for Plaintiff

Page 2 - STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

CRISPIN EMPLOYMENT LAW PC
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone: 503-293-5770
Fax: 503-293-5766